IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KOLE** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | **NO. 20-3486** |
| | : | |
| **HARTFORD FINANCIAL SERVICES GROUP et al** | : | |
| | : | |
| *Defendant.* | : | |

# ORDER

**AND NOW**, this **5th** day of **November 2020**, upon consideration of Plaintiff's Amended Complaint (ECF No. 11) and Defendant's Answer to Amended Complaint (ECF No. 14), it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 9) is **DENIED AS MOOT.**

It is **ORDERED** that counsel shall meet and confer within seven (7) days of this order to see if they can agree to a Motion, Response, and Reply schedule fully addressing the contractual issues in this case so that the Court can set a date for oral argument to aid in its understanding of the coverages and the applicability of the coverage to the claims. The parties shall file a status report within ten (10) days of this order.

**BY THE COURT:**

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**